## SECOND DISTRICT.

The People of the State of Illinois, defendant in error, v. Samuel Wade and Henry Fritzinger. Henry Fritzinger, plaintiff in error. Gen. No. 8,652.

Opinion filed September 20, 1933. Rehearing denied December 2, 1933.

George W. Sprenger, for plaintiff in error. Oscar E. Carlstrom, Attorney General, J. J. Neiger, Assistant Attorney General, and R. O. Hanson, State's Attorney, for defendant in error.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Cecile Martin, appellee, v. Cable Piano Company, appellant. Gen. No. 8,657.

Opinion filed October 24, 1933. Rehearing denied December 2, 1933.

George R. Warner and Werner H. Sommers, for appellant. Alschuler, Putnam, Flannigen & Johnson, for appellee; W. C. O'Brien and Edward F. Streit, of counsel.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Ella Minehan Coffey, appellant, v. Locomotive Engineers' Mutual Life and Accident Insurance Association and John Henry Maley, appellees. Gen. No. 8,663.

Opinion filed October 24, 1933.

Burrel Barash, for appellant. Hardy, Hardy & Hardy, for appellees.

Mr. Presiding Justice Wolfe delivered the opinion of the court.